**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7561**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DANIEL GYAMFI, a/k/a Nana, a/k/a Krateman,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   James C. Cacheris, Senior
District Judge.  (1:05-cr-00298-JCC-1)

Submitted: January 13, 2011        Decided: January 21, 2011

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel Gyamfi, Appellant Pro Se.    Lawrence Joseph Leiser,
Assistant United States Attorney, Alexandria, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Gyamfi appeals the district court's order denying his motion for a downward departure. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED